JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

VERONICA S.,

         Plaintiff,

    v.

FRANK J. BISIGNANO,

         Defendant.

No. 2:23-cv-05717-BFM

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED:  February 23, 2026



_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE